of Columbia Smelting and Refining Works, Respondents, v. Samuel Cutler and Others, Copartners in Business under the Name of Cutler Bros., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

John W. Clark, Jr., Respondent, v. Nash Rockwood, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

The People of the State of New York, Respondent, v. Giovanni Riccobono, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

Anton Jiran, Appellant, v. The City of New York and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

M. Brand & Sons, Inc., Respondent, v. Bela Krausz, Doing Business under the Trade Name and Style of Krausz Casing Co., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer in ten days on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ..

Edward H. Raynolds, Respondent, v. Alexander G. Zographos and Others, Appellants, Impleaded with Androcles G. Zographos, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Joseph L. Prager, Appellant, v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey, Respondent. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Joseph L. Prager, Appellant, v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.; Smith, J., dissenting.

Sun Printing and Publishing Association, Appellant, v. Romeo R. Ronconi and Another, Individually and as Copartners under the Firm Name and Style of Ronconi & Millar, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of Melrose Avenue. The People of the State of New York, Respondent; The Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

Louis A. Wildman, Respondent, v. Miles Engraving Co., Inc., Appellant.— Order modified by providing that the words " circumstances surrounding " be stricken from subdivisions (a) and (e) of the original order for examination, and by confining the examination under said subdivisions to the particular facts referred to therein, and as so modified